**This document was signed electronically on September 03, 2010, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

_____
**Pat E. Morgenstern-Clarren**
**Dated: September 03, 2010**            **United States Bankruptcy Judge**

BK1001914
ISS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 09-16108 |
| Pamela S. Sadosky | Chapter 13 |
| | Judge Morgenstern-Clarren |
| Debtor | |
| | **ORDER GRANTING MOTION OF U.S BANK, N.A. SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, LLC SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY BY AND THROUGH U.S. BANK HOME MORTGAGE ITS SERVICER FOR RELIEF FROM STAY (PROPERTY ADDRESS OF REAL PROPERTY: 13811 LYRIC AVENUE, CLEVELAND, OH 44111)** |

This matter came before the Court on the Motion for Relief from Stay (the "Motion")

filed by U.S Bank, N.A. successor by merger to The Leader Mortgage Company, LLC successor

by merger to The Leader Mortgage Company by and through U.S. Bank Home Mortgage its

servicer ("Movant").  (Docket 67).  Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion.  No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn.  For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted.  The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s).  Movant is directed to file a report of sale promptly following liquidation of the property located at 13811 Lyric Avenue Cleveland, OH 44111 (the "Collateral") if any excess proceeds are received.  Should Movant seek to file any unsecured deficiency claim, Movant shall do so no later than 90 days after this Order is entered.  If the collateral has not been liquidated, the deficiency claim is to be estimated.

###

SUBMITTED BY:

/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0083298
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Kenneth J Freeman, Esq. - Attorney for Debtor
515 Leader Bldg
526 Superior Ave
Cleveland, OH 44114
kjfcolpa@aol.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Reward One Credit Union - Creditor
fka Vantage Federal Credit Union
5681 Smith Rd
Brookpark, OH 44142
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Pamela S. Sadosky - Debtor
13811 Lyric Avenue
Cleveland, OH 44111
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Craig H. Shopneck - Trustee
BP Tower
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
chap13shopneck@chap13cleve.com
VIA ELECTRONIC SERVICE

Ronald C Taylor, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE